IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY BRADLEY,　　　　　　 | Case No. 1:10-cv-01459 MJS (PC) |
| 　　　　Plaintiff, | |
| vs. | ORDER GRANTING MOTION FOR STATUS OF CASE |
| DANNY OLMOS, | (ECF No. 9) |
| 　　　　Defendant. | |
| _____/ | |

On February 24, 2011, plaintiff filed a motion seeking notification of the status of his case. Plaintiff is hereby notified that his case is in line to be screened by the Court. The Court will screen Plaintiff's Complaint in due course (Plaintiff should expect to wait at least another six months) and will serve a copy of its screening order on Plaintiff when such is issued. Until the Court screens Plaintiff's complaint, no further action is required on his part.

IT IS SO ORDERED.

Dated:   March 2, 2011　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE